1  J. Andrew Coombs (SBN 123881)
   andy@coombspc.com
2  Nicole L. Drey (SBN 250235)
   nicole@coombspc.com
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone: (818) 500-3200
5  Facsimile:  (818) 500-3201

   JS 6

6  Attorneys for Plaintiff Warner Bros.
   Entertainment Inc.
7
   Bradford Lang a/k/a Brad Lang,
8  an individual and d/b/a
   www.freemoviesondvd.com and
9  Classic Movies
   writer890@comcast.net
10 10005 Elgin Avenue
   Huntington Woods, Michigan 48070
11 Telephone: (248) 544-2991

12 Defendant, in pro se

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Entertainment Inc., | Case No. CV10-175 DSF (RZx) |
| Plaintiff, | CONSENT DECREE AND PERMANENT INJUNCTION |
| v. | |
| Bradford Lang a/k/a Brad Lang, an individual and d/b/a www.freemoviesondvd.com and Classic Movies, and Does 1 through 10, inclusive, | |
| Defendants. | |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Entertainment Inc. ("Plaintiff") and Defendant Bradford Lang a/k/a Brad Lang,

an individual and d/b/a www.freemoviesondvd.com and Classic Movies ("Defendant"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the parties' stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2) Plaintiff claims that it owns or controls the pertinent rights in and to a large library of films, including, but not limited to, the copyrighted works listed in Exhibit "A" attached hereto and incorporated herein by this reference (The copyrights identified in Exhibit A are collectively referred to herein as "Plaintiff's Properties").

3) Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Properties or substantially similar likenesses or colorable imitations thereof.

4) Defendant and his agents, servants, employees and all persons in active concert and participation with him who receive actual notice of the Injunction are hereby restrained and enjoined from:

    a) Infringing Plaintiff's Properties, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, reproducing, distributing, advertising, selling and/or offering for sale any unauthorized product which features any of Plaintiff's Properties ("Unauthorized Products"), and, specifically from:

        i) Importing, manufacturing, reproducing, distributing, advertising, selling and/or offering for sale the Unauthorized Products or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiff's Properties;

  ii)  Importing, manufacturing, reproducing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of Plaintiff's Properties;

  iii)  Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendant's customers and/or members of the public to believe, the actions of Defendant, the products sold by Defendant, or Defendant himself are connected with Plaintiff, are sponsored, approved or licensed by Plaintiff, or are affiliated with Plaintiff;

  iv)  Affixing, applying, annexing or using in connection with the importation, manufacture, reproduction, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiff.

5)  Each side shall bear its own fees and costs of suit.

6)  Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7)  This Injunction shall be deemed effective as to Defendant at the time of its execution by the Court. Plaintiff shall serve a copy of this Injunction on Defendant upon its entry.

8)  The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

1  9) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10) The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

11) This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED:   3/9/11

_____
Hon. Dale S. Fischer
Judge, United States District Court
for the Central District of California

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: _____
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiff Warner Bros. Entertainment Inc.

Bradford Lang a/k/a Brad Lang, an individual and d/b/a www.freemoviesondvd.com and Classic Movies

By: _____
    Bradford Lang a/k/a Brad Lang,
    an individual and d/b/a
    www.freemoviesondvd.com
    and Classic Movies
Defendant, *in pro se*

Case 2:10-cv-00175-DSF-RZ   Document 23   Filed 03/09/11   Page 5 of 9   Page ID #:128

# EXHIBIT A

| Titles | Registration Nos. |
|---|---|
| 30 Seconds Over Tokyo | R516250 |
| 36 Hours | RE 593 022 |
| Abe Lincoln in Illinois | R412548 |
| Adventures of Mark Twain, The | R521033 |
| All the Brothers Were Valiant | RE77511 |
| Allegheny Uprising | R406428 |
| Always in My Heart | R 474 624 |
| Arnelo Affair, The | R 570 212 |
| Around the World Under the Sea | RE630133 |
| As the Earth Turns | R275579 |
| Atlas | RE458120 |
| Babes in Arms | R393440 |
| Bachelor in Paradise | RE442639 |
| Beau Brummell | RE116755 |
| Between Two Worlds | R521034 |
| Bhowani Junction | RE151753 |
| Born to be Bad | RE 5-324 |
| Born To Dance | R327308 |
| Born to Kill | R575635 |
| Brother Orchid | R434242 |
| Captain Sinbad | RE543416 |
| Carson City | RE12214 |
| Cass Timberlane | R591703 |
| Chamber of Horrors | RE658652; RE683416 |
| Colossus of Rhodes | RE441179 |
| Crest of the Wave | RE116757 |
| Cry Wolf | R585005 |
| Damsel in Distress | R358016 |
| Dispatch From Reuters | R436897 |
| Dragon Murder Case | R286401 |
| Edge of the City | RE 189-393 |
| Emma | R229941 |
| Enchanted April | R297485 |
| Executive Suite | RE84870 |
| Fair Co-ed | R157065 |
| Family Affair | R333746 |

Warner Bros. v. Lang: [Proposed] Consent Decree       - 5 -

| | |
|---|---|
| Fighter Squadron | R619709 |
| Flap with Anthony Quinn | RE785083 |
| Fountainhead, The | R 638 350 |
| Fox, The | RE703915 |
| Fugitive, The | R605230 |
| Gazebo, The | RE345440 |
| George Washington Slept Here | R477857 |
| Giant Behemoth | RE291868 |
| Goodbye Again | R260973 |
| Green Dolphin Street | R 590 967 |
| Green Years, The | R549471 |
| Guns for San Sebastian | RE731-522 |
| Gypsy Colt | RE85553; RE83086 |
| H.M. Pulham Esq. | R448905 |
| He Was Her Man | R344110 |
| Hill, The | RE630119 |
| Holiday Affair | R648102 |
| Hollywood Hotel | R359663 |
| Horn Blows At Midnight, The | R538964 |
| Hucksters, The | R581038 |
| I Love You Again | R415500 |
| Illicit | R213083 |
| In This Our Life | R474635 |
| It Happened on 5th Avenue | R588503 |
| Journey for Margaret | R471613 |
| Judge Steps Out, The | R637958 |
| Julia Misbehaves | R611477 |
| June Bride | R619708 |
| Kathleen | R448513 |
| Keeper of the Flame | R474801 |
| Kid from Texas, The | R384420 |
| King & The Chorus Girl, The | R333676 |
| Kiss in the Dark, A | R623653 |
| Little Nellie Kelly | R422051 |
| Maisie Was a Lady | R428243 |
| Majority of One, A | RE434238 |
| Mask of Dimitrios, The | R524609 |
| Merrill's Marauders | RE484433 |
| Merry Widow, The | R115459 |
| Mr Lucky | R486267 |

| | |
|---|---|
| Mr. and Mrs. North | R450434 |
| Mr. Skeffington | R524610 |
| Murder on a Honeymoon | R297486 |
| My Wild Irish Rose | R595447 |
| Naked And The Dead, The | RE278383 |
| Night Must Fall | RE586271 |
| Northwest Passage | R405520 |
| Of Human Hearts | R356574 |
| Office Wife, The | R208348 |
| On Borrowed Time | R389308 |
| Operation Secret | RE50813 |
| Our Vines Have Tender Grapes | R535479 |
| Outsider, The Classic movie | R140901 |
| Painted Veil, The | R286755 |
| Parnell | R338639 |
| Parrish | RE 381 051 |
| Penguin Pool Murder | R250796 |
| Penrod & Sam | R221916 |
| Penthouse | R262527 |
| Quo Vadis | RE10262 |
| Red Light, The | R648975 |
| Rising of the Moon, The | RE210272 |
| Rocky Mountain | R675325 |
| Roogies Bump | RE143015 |
| Room For One More | RE12215 |
| Roughly Speaking | R538960 |
| Saturday's Children | R434237 |
| Sea Wolf | R452010 |
| Search, The with Montgomery Clift | R602593 |
| Shirley Temple Films | Fort Apache 1948: R604562; Honeymoon 1947: R584162 Story of Seabiscuit 1950: R662842; That Hagen Girl 1947:R592812. |
| Show Boat | R315829 |
| Sinbad The Sailor | R570314 |
| Sinners Holiday | R208826 |
| Star of Midnight | R297490 |
| Steel Jungle | RE210262 |
| Story of Louis Pasteur | R311600 |
| Strawberry Blonde The | R452007 |
| Sudden Danger DVD to Australia | RE173792 |

| | |
|---|---|
| Susan Slade | RE 434 240 |
| Sweet November | RE730346 |
| Tall Story | RE381043 |
| Tall Target, The | RE10226 |
| Tarnished Angel | R373956 |
| Tarzan and His Mate | R274614 |
| Tarzan and the Amazons | R530952 |
| Tarzan and the Great River | RE 714-622 |
| Tarzan and the Huntress | R595504 |
| Tarzan and the Jungle Boy | RE722-136 |
| Tarzan and the Leopard Woman | R555112 |
| Tarzan and the Lost Safari | RE238-262 |
| Tarzan and the Mermaids | R603243 |
| Tarzan and the She Devil | RE82-031 |
| Tarzan and the Slave Girl | R658063 |
| Tarzan and the Valley of Gold | RE644-089 |
| Tarzan Escapes | R325061 |
| Tarzan Finds a Son | R387153 |
| Tarzan Goes to India | RE484 432 |
| Tarzan the Magnificent | RE378 137 |
| Tarzan Triumphs | R498517 |
| Tarzan's Desert Mystery | R516498 |
| Tarzan's Fight for Life | RE288 104 |
| Tarzan's Greatest Adventure | RE342-426 |
| Tarzan's Hidden Jungle | R163-880 |
| Tarzan's Magic Fountain | R623858 |
| Tarzan's New York Adventure | R457710 |
| Tarzan's Peril | R12-193 |
| Tarzan's Savage Fury | RE58-114 |
| Tarzan's Secret Treasure | R448904 |
| Tarzan's Three Challenges | RE535 014 |
| Telegraph Trail, The | R256873 |
| Tenth Avenue Angel | R594212 |
| That Forsyte Woman | R645225 |
| That Hagen Girl | R592812 |
| This Could Be the Night | RE234927 |
| Three Strangers | R548093 |
| Too Many Girls | R422283 |
| Torpedo Run | RE279856 |
| Two Mrs. Carrolls, The | R578352 |
| Two Weeks with Love | R674712 |

| | |
|---|---|
| Unfinished Dance, The | R583044 |
| Valley of Decision | R528389 |
| Watch on the Rhine | R498972 |
| WESTBOUND | RE288113 |
| While the City Sleeps | RE222927 |
| White Cliffs of Dover | R505583 |
| Wild Oranges | R87490 |
| World Moves On, The    aka Roaring Twenties | R419622 |
| Yes, My Darling Daughter | R402219 |
| Yes, Virginia, There is a Santa Claus | RE871780 |
| Young Cassidy | RE633799 |
| Young Tom Edison | R407776 |
| You're in the Army Now | R460039 |